Michael D. Rounds
Nevada Bar No. 4734
mrounds@bhfs.com
Steven A. Caloiaro
Nevada Bar No. 12344
scaloiaro@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171

*Attorneys for Defendant, AromaSys, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSE JACKSON III, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRANDAROMA USA, Inc. dba AROMASYS, INC., a Minnesota Corporation,<br><br>Defendant. | CASE NO.: 2:16-cv-01638-JAD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE DEADLINE TO PLAINTIFF'S COMPLAINT AND OTHER RELATED DATES**<br><br>**(FIRST REQUEST)** |

Plaintiff Jesse Jackson III, an individual, ("Plaintiff"), by and through its counsel of record, the law firm of Esteban-Trinidad Law, P.C.; Defendant BRANDAROMA USA, Inc. dba as AromaSys, Inc., ("Defendant"), by and through its counsel, the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate as follows:

Plaintiff filed its Complaint (ECF No. 1) on July 13, 2016.

Defendant's response would be due on August 7, 2016.

Due to settlement discussions, Plaintiff has agreed to extend the deadline for Defendant to file its response to the Plaintiff's Complaint through and including September 7, 2016.

Parties have agreed to extend the time to hold the FRCP 26(f) meeting through and including September 23, 2016.

Parties have agreed to extend the time to file the Discovery Plan/Scheduling Order through and including October 7, 2016.

Dated this 18th day of July, 2016.

| THE THATER LAW GROUP, P.C. | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: */s/ Maile Lani Esteman-Trinidad*<br>Maile Lani Esteban-Trinidad, SBN: 6967<br>Lani@thaterlawgroup.com<br>6390 W. Cheyenne Ave., Suite A<br>Las Vegas, NV 89108<br>Telephone: 702.736.5297<br>Facsimile: 702.736.5299<br><br>*Attorneys for Plaintiff* | By: */s/ Steven A. Caloiaro*<br>Michael D. Rounds, SBN: 4734<br>mrounds@bhfs.com<br>Steven A. Caloiaro, SBN: 12344<br>scaloiaro@bhfs.com<br>5371 Kietzke Lane<br>Reno, NV 89511<br>Telephone: 775.324.4100<br>Facsimile: 775.333.8171<br><br>*Attorneys for Defendant* |

IT IS HEREBY ORDERED that Plaintiff shall have through and including September 7, 2016, to file its response to Defendants' Complaint;

IT IS FURTHER ORDERED that parties shall have through and including September 23, 2016, to hold the FRCP 26(f) meeting; and,

IT IS FURTHER ORDERED that parties shall have through and including October 7, 2016, to file the Discovery Plan/Scheduling Order.

DATED this 20th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Steven A. Caloiaro*
Michael D. Rounds, SBN: 4734
mrounds@bhfs.com
Steven A. Caloiaro, SBN: 12344
scaloiaro@bhfs.com
5371 Kietzke Lane
Reno, NV 89511
*Attorneys for Defendant Brandaroma, USA Inc. d/b/a AROMASYS, Inc.*