**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSE JACKSON III, | Case No. 2:16-cv-01638-JAD-GWF |
| Plaintiff, | |
| v. | |
| BRANDAROMA USA, INC., et al, | **ORDER** |
| Defendants. | |

Presently before the Court is the parties' stipulation to continue (ECF No. 17), filed on December 8, 2016. The parties request that the early neutral evaluation (ENE) currently scheduled for December 22, 2016 be continued until the Court rules on Defendant's pending motion to dismiss. Alternatively, Defendant Aromasys requests that if the ENE is not continued, that its representative, CEO David Evans, be allowed to appear telephonically. Plaintiff does not object to this request. Upon review, the Court does not find good cause for an open-ended extension of the ENE.

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 17) is GRANTED in part and DENIED in part. The ENE will not be rescheduled, but David Evans may appear telephonically. Counsel must provide their own telephone for the proceedings.

DATED: December 9, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1