# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESSE JACKSON, III,

        Plaintiff,

vs.

BRANDAROMA USA, INC.,

        Defendant.

Case No. 2:16-cv-01638-JAD-GWF

**ORDER**

The court held an Early Neutral Evaluation Conference in this case on December 22, 2016, in which a settlement was reached. (Mins. of Proceedings (ECF No. 19).) The court ordered the parties to finalize the settlement and to file a stipulation to dismiss by January 20, 2017. (*Id.*) Alternatively, the court requested that a joint status report be faxed to chambers by that date. (*Id.*) The parties have not filed a stipulation to dismiss or faxed a joint status report to chambers.

IT IS THEREFORE ORDERED that the parties must file a stipulated dismissal or submit a joint status report via facsimile to 702-464-5581 by February 21, 2017.

Dated: February 6, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge