# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JESSE JACKSON, III,

    Plaintiff,

vs.

BRANDAROMA USA, INC.,

    Defendant.

Case No. 2:16-cv-01638-JAD-GWF

**ORDER**

This matter is before the Court on Defendant Brandaroma USA, Inc.'s Motion to Substitute Attorney (ECF No. 21), filed on February 8, 2017. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant Brandaroma USA, Inc.'s Motion to Substitute Attorney (ECF No. 21) is **granted**. The Clerk of Court shall substitute Steven A. Caloiaro, Esq. as counsel of record for Defendant Brandaroma USA, Inc. in the place of Michael D. Rounds, Esq.

DATED this 9th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge