STEVEN A. CALOIARO
Nevada Bar No. 12344
Caloiaro@soclawlodi.com
EURIK O'BRYANT
Nevada State Bar Number 13554
OBryant@SocLawLodi.Com
Sekhon & O'Bryant,
A Professional Law Corporation

State Resident Office:
297 Kingsbury Grade
S. Lake Tahoe, California 89449

Mailing Address:
18826 North Lower Sacramento Rd. Suite K
Woodbridge, California 95258
Tel: (775) 220-1889
Fax: (209) 989-4438

Attorney for Defendant:
BRANDAROMA USA, INC.,

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JESSE JACKSON, III,

    *Plaintiff*;

vs.

BRANDAROMA USA, INC.,

    *Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: 2:16-cv-01638-JAD-GWF

**STIPULATED DISMISSAL AND ORDER**

    Plaintiff and Defendant ("Parties"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action. Each Party shall bear its own costs, expenses, and attorneys' fees. The Court retains jurisdiction over the Parties to the extent necessary to enforce the terms of this dismissal and the agreement between them.

    The Parties also hereby stipulate to the dismissal of all pending Motions as Moot.

**IT IS SO STIPULATED,**

Dated the 10th of February, 2017.

**SEKHON & O'BRYANT, P.C.**

**THE THATER LAW GROUP, P.C.**

/s/ Steven A. Caloiaro
STEVEN A. CALOIARO
Nevada Bar No. 12344
Caloiaro@soclawlodi.com
State Resident Office:
297 Kingsbury Grade
S. Lake Tahoe, California 89449
Mailing Address:
18826 North Lower Sacramento Rd. Suite K
Woodbridge, California 95258

By: /s/ M. Lani Esteban- Trinidad M.
Lani Esteban-Trinidad, Esq.
Nevada Bar No. 006967
6390 West Cheyenne Ave.,
Suite A Las Vegas, NV 89108

*Attorney for Plaintiff*

*Attorney for the Defendant*

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1.    The action is dismissed without prejudice as against Defendant BRANDAROMA USA, INC. pursuant to FRCP 41(a)(1)(A)(ii).

2.    Each Party shall bear their own costs and attorneys' fees.

3.    The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement agreement.

4.    The Clerk of the Court shall deny all pending motions as moot and close this case.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 10, 2017
_____